RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/7/11
BY___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DONALD SADLER, ET AL.** | **CIVIL ACTION NO. 09-1254** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **INTERNATIONAL PAPER CO.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Court's Ruling and in the Report and Recommendation of the Magistrate Judge [Doc. No. 31], to the extent adopted by the Court, and for those additional reasons stated in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss Certain Plaintiffs [Doc. 21] and Motion to Dismiss Certain Plaintiffs and Certain Claims [Doc. 23] are GRANTED IN PART and DENIED IN PART.

The motions are GRANTED to the extent that all claims asserted by the following persons are DISMISSED WITH PREJUDICE:

1. Edward Basinger
2. Sofie Basinger, through legal guardians, Edward & Tiffani Basinger
3. Tiffani Basinger
4. Jonathan Brown, through legal guardian, Lisa Quillar
5. Aleshia Davenport
6. Larry Davenport
7. Merle Davis
8. James Hawthorne
9. Jessica Hawthorne, through legal guardians, James Hawthorne & Laura Hawthorne
10. Kayla Hawthorne, through legal guardians, James Hawthorne & Laura Hawthorne
11. Laura Hawthorne
12. Jaleshia Jackson, through legal guardian, Aleshia Davenport
13. Carolyn King

14. Hazel May
15. Danasha Nimmers
16. Danessa Nimmers, through legal guardian, Arthurnese Nimmers
17. Louis Odom
18. Margurette Pitts
19. Cheryl Rodgers
20. Christopher Williams

All claims for property damages asserted by the following persons are also DISMISSED WITH PREJUDICE:

1. Leonard Anthony
2. Kuchalia Browhow
3. Tajai Burns, through legal guardian, Wayne Burns
4. Wayne Burns
5. Gurs'thangel Cotton, through legal guardian, Margaret Cotton
6. Margaret Cotton
7. Jeffery Fragala
8. Emily Fulmer
9. Cecil Gorman
10. Jaunice Gorman
11. Betty Jean Holmes
12. Estate of Cleveland Holmes, through Personal Representative, Betty Jean Holmes
13. Francis Holmes, through legal guardian, Betty Jean Holmes
14. James Earl Holmes, through legal guardian, Betty Jean Holmes
15. Estate of Mary King, through Personal Representative, Robin Payton
16. Alexander Lambert, through legal guardian, Douglas Lambert
17. Douglas Lambert
18. Roberta Ann Lambert
19. Jacob Lambert, through legal guardian, Douglas Lambert
20. Ross Lambert, through legal guardian, Douglas Lambert
21. George Mason
22. Hannah Mitchell
23. Vanessa Moore
24. Arthurnese Nimmer
25. Emma Odom
26. Essel Payton, III
27. Kendré Payton, through legal guardian, Robin Payton
28. Kirkland Payton, through legal guardian, Robin Payton
29. Robin Payton
30. Cody Rodgers
31. Christopher Scott Russell

32. Mary Michelle Russell Otwell
33. Abbigail Sadler, through legal guardians, Scotty & Andrea Sadler
34. Bessie Sadler
35. Blaine Sadler, through legal guardians, Scotty & Andrea Sadler
36. Donald Sadler
37. Michael Doran Sadler, through legal guardians, Scotty & Andrea Sadler
38. Michael D. Smith Jr.
39. Michael Dewayne Smith
40. Keisha Watkins

The motions are DENIED in all other respects.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, upon Plaintiffs' request, all claims asserted by (Estate of) Freddie Mae Cotton are DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this the ___7___ day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE