RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/9/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DONALD SADLER, ET AL. | CIVIL ACTION NO. 09-1254 |
| VERSUS | JUDGE ROBERT G. JAMES |
| INTERNATIONAL PAPER CO. | MAG. JUDGE MARK L. HORNSBY |

## JUDGMENT

For the reasons stated in the Magistrate Judge's Report and Recommendation [Doc. No. 68], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant International Paper Co.'s Motion to Dismiss Plaintiffs' Third Amended Complaint [Doc. 52] is GRANTED IN PART, and Count VII of Plaintiffs' Third Amended Complaint, fraudulent suppression, is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the motion is otherwise DENIED.

MONROE, LOUISIANA, this the 8 day of August, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE