# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **DONALD SADLER, ET AL.** | **CIVIL ACTION NO. 3:09-1254** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **INTERNATIONAL PAPER CO.** | **MAG. JUDGE MARK L. HORNSBY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that all remaining claims asserted by Taranda Brooks, Toccaro Broughton (on behalf of minor child J. B.), Kendrick Carter, Ruthie Moore, and Roberta Brandon are **DISMISSED WITH PREJUDICE** for failure to prosecute.

**IT IS FURTHER ORDERED** that, now that all claims among all parties have been resolved, this Final Judgment be entered, and this civil action be closed.

MONROE, LOUISIANA, this 21st day of December, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE